Opinion issued October 10, 2002













In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00834-CR

____________


MEDARDO ENRIQUE RAMIREZ, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 228th District Court

Harris County, Texas

Trial Court Cause No. 888324






MEMORANDUM OPINION

 We are without jurisdiction to entertain this appeal. Appellant was
sentenced in this case on October 15, 2001. No motion for new trial was filed. The
deadline for filing notice of appeal was therefore November 14, 2001, 30 days after
sentencing. See Tex. R. App. P. 26.2(a)(1).

 Notice of appeal was deposited in the mail on December 3, 2001, according
to the postmark on the copy of the envelope included in the clerk's record. Because
the notice of appeal was mailed after the filing deadline, it did not comply with Rule
9.2 of the Texas Rules of Appellate Procedure, the "mailbox rule." See Tex. R. App.
P. 9.2(b).

 We therefore dismiss the appeal for lack of jurisdiction. Slaton v. State, 981
S.W.2d 208, 209-10 (Tex. Crim. App. 1998); Olivo v. State, 918 S.W.2d 519, 522
(Tex. Crim. App. 1996).

 All pending motions are denied as moot.

 It is so ORDERED.

PER CURIAM

Panel consists of Justices Hedges, Keyes, and Duggan. (1)

Do not publish. Tex. R. App. P. 47.
1. The Honorable Lee Duggan, Jr., retired Justice, Court of Appeals, First District
of Texas at Houston, participating by assignment.